### 6871.   MARTIN v. THE STATE.

BROYLES, J.   1. The uncorroborated testimony of an accomplice is sufficient to convict in a misdemeanor case. Penal Code (1910), § 1017; Parsons v. State, 43 Ga. 197; Crisson v. State, 51 Ga. 597; Porter v. State, 76 Ga. 658; Rountree v. State, 88 Ga. 457 (14 S. E. 712); Stone v. State, 118 Ga. 705 (5), 713 (45 S. E. 630, 98 Am. St. R. 145); Gamble v. State, 4 Ga. App. 845 (62 S. E. 544); Brooks v. State, 12 Ga. App. 693 (78 S. E. 143).

2. The evidence authorized the judgment of the court, sitting without the intervention of a jury; no material error of law appears, and the court did not err in overruling the motion for a new trial.

Judgment affirmed.

DECIDED NOVEMBER 19, 1915.

Accusation of sale of liquor; from city court of Bainbridge—Judge Spooner.  August 16, 1915.

*W. V. Custer*, for plaintiff in error.

*M. E. O'Neal, solicitor*, contra.